# UNITED STATES DISTRICT COURT
## for the
## Western District of Texas

FILED
April 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: LS
DEPUTY

Javier Reyna
v
Border Patrol officer Mattews

Case No. **2:22-cv-00023-AM-VRG**

## CRIMINAL COMPLAINT

I the complainant in this case, state that the following is true to the best of my knowledge and belif.

On or about the dates of Nov.-20-2021-4:00p in the County of Maverick in the Western District of Texas the defendant violated:

Code Sections
U.S.C. Title 42 Sec 1983-1985
U.S.C. Title 18 Sec 242-248
U.S. Constitutional Law 1st 6th- 4th- 5th Amendment

Unlafully, knowingly, and intentionally violating the U.S.C. Law 4th amentment and the rest of violation befor mention.

This complain is based on these facts:
Please see the attached affidavit

VRG

## Attachent "A"

On Nov. 20, 2021 at approximatly, 4:00 P.M houres I was driving my car a Mercedes white color by the Hwy 57 close to the city of Eagle Pass Tx. When I was STOP by the Border Patrol at the sheck point. To ask by the pasanger in the back of my car. The officer of name Mathews, ask me for I.D. and Ask me to step out of my car. I was exiting my car. me and my pasanger, which declared that he was a Mexican, I requested my Miranda rigths when the second officer toll me, I was under arrest, to trasported ilegals, they scorme into the office whit the handcufs, in my back on my hands, the officer No 2. ask me to face the wall which I do so at that moment I requested one more time for my Miranda Rigth, for me and my pasangers which never was respected, I tell the officer tha their was a violation to my Rigths, was at that moment the officer No 1 of name Mathews came for my back an smack me agaist the wall and toll me a the same time, You don't have not Rigths, Pice of shit MEXICAN son of a bich, shut to fuck of, and smack my face agaisthe wall pushing my face to the wall. I was screming of pain in my Back and my Neck, after I requested for the supervisor

This officer Mathews, take my hand (left) and stater to bending and lifting which caused a sever pain in the shoulder and elbow of my rigt harm a the same time was pushing my hip to the wall whit his kneed, which caused a sever pain in my hip and lumber back. I was screeming of pain requested to the supervisor hes presences which came and ask to this officer to releaseme, and him take of out the office I requsted the name and bach N° of this officer but the supervisor toll me tha his mame will be in the report. I requested to take me to the Hospital for a evaluated the damage and buonds in my self, but noting hapen, I was puting in a celd whit the andcufs on me for more tan tree houres until I was trasported to the office of the Border Patrol in the city of Eagle Pass Tx.
I requested to speck whit the supvisor but nothing hapen, till the nex morning I ask for the supervisor to make my complain for execive force, And the Internal affeirs officer stater an investigation.

Javier Reyna #74800080
ValVerde Correctional Facility
P.O. Box 426011
Del Rio Texas 78840

To
The Clerck
United States Distric Court
for The Western D. of Texas
111 East Broadway Suite 100
Del Rio Texas 78840

This correspondence is from an Inmate in a Correctional Facility.
Val Verde County Detention Facility.

Wensday - 20 - 2022

Legal Mail
opened only By The Clerck