AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

Javier Reyna,
Plaintiff,

v.

Border Patrol Officer Matthews, et al.,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-22-CV-0023-AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the Report and Recommendation prepared by Judge Garcia in the instant case is APPROVED and ADOPTED, and the Plaintiff's Complaint against all listed Defendant's is DISMISSED WITHOUT PREJUDICE.

06/30/2022
Date

Philip J. Devlin
Clerk

*J. Sanchez*
(By) Deputy Clerk

